UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                          Case No.: 22-16619-VFP

Sean Lewis                              Chapter: 13

                                                           Judge: Vincent F. Papalia

## NOTICE OF PROPOSED PRIVATE SALE

Sean Lewis, the debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, United States Bankruptcy Court
MLK JR. Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on October 6th, 2022 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3-B, 50 Walnut Street, Newark, NJ 07102. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Condo located at 111 Mallory Ave. Apt. 7 A, Jersey City, NJ

Proposed Purchaser: Mickey Hennessey & Patrick Hennessy

Sale price: $110,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Nicholas Fitzgerald, Esq., Counsel for Debtor, Sean Lewis

Address: 649 Newark Avenue, Jersey City, NJ 07306

Telephone No.: (201) 533-1100 -- Email: nickfitz.law@gmail.com

*rev. 8/1/15*