Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
----------------------------------X
                                        **Chapter 13**

In re:
                                        Case No. 22-16619-VFP_

    Sean Lewis
                                        Hearing Date: 10/6/22
                                        Time:  10:00 a.m.
----------------------------------X

<u>**DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION FOR COURT AUTHORIZATION TO SELL CONDO**</u>

    I, Sean Lewis, being of full age and being the above named debtor, certify under penalty of perjury that:

    1.  I make this certification in support of my motion for bankruptcy court approval of the sale of a condo which I own which is located at 111 Mallory Avenue, Apt. #7A, Jersey City, NJ 07304 for a sale price of $110,000.

    2.  I own two properties -- the home in which I reside located at 160 Virginia Avenue, Jersey City, NJ 07305 and a small condo located at 111 Mallory Avenue, Apt. 7A, Jersey City, NJ 07304.

    3.  After a long search I have finally found a buyer for my condo for a purchase price of $110,000.  This is an arm's length transaction.  The proposed buyers for the property are Mickey Hennessey and Patrick Hennessey who were strangers to me prior

to signing a contract to purchase the property. Mickey Hennessey and Patrick Hennessey found the property through their own real estate broker.

4. Approximately $73,000 is owed on the mortgage on this property. Accordingly, there will be a net profit from the sale which will be turned over to the Chapter 13 trustee. These funds are needed to assist me in saving the home in which I reside.

5. I have been trying to sell this condo for some time and I finally obtained a buyer for the property and I believe that the selling price for this property is fair and reasonable to both the debtor and to the purchasers.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 31, 2022

_____
Sean Lewis
Debtor