UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sean Lewis

Case No.: 22-16619-VFP
Chapter: 13
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED PRIVATE SALE

__Sean Lewis__, __the debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, United States Bankruptcy Court
MLK JR. Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __October 6th, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3-B__, __50 Walnut Street, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
Condo located at 111 Mallory Ave. Apt. 7 A, Jersey City, NJ

Proposed Purchaser:
Mickey Hennessey & Patrick Hennessy

Sale price:
$110,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Nicholas Fitzgerald, Esq., Counsel for Debtor, Sean Lewis

Address: 649 Newark Avenue, Jersey City, NJ 07306

Telephone No.: (201) 533-1100 -- Email: nickfitz.law@gmail.com

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  
Sean Lewis  
    Debtor

Case No. 22-16619-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 01, 2022     Form ID: pdf905     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Lewis, 160 Virginia Avenue, 2nd Floor, Jersey City, NJ 07304-1419 |
| 519687282 | + | Accu Reference Med Labs, 1901 E. Linden Avenue, Suite 4, Linden, NJ 07036-1195 |
| 519687284 | + | Attorney General United States Department of, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 519687292 | + | KML Law Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519687293 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519687295 | + | McKinley Court Condo Association, 111 Mallory Avenue, Jersey City, NJ 07304-1036 |
| 519687297 | + | Real Time Resolutions, PO Box 840923, Dallas, TX 75284-0923 |
| 519687301 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 519687302 | + | State of New Jersey, PO Box 445, Trenton, NJ 08603-0445 |
| 519687304 | + | US Bank Nat Assoc/Banc of America/Midfiirst /, KML Law Group, 701 Market Street, Philadelphia, PA 19106-1538 |
| 519687305 | + | US Bank Nat. Assoc/Banc of America, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519687283 | + | Email/PDF: bncnotices@becket-lee.com | Sep 01 2022 21:07:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519687285 | + | Email/Text: bankruptcy@cavps.com | Sep 01 2022 20:58:00 | Calvalry SPV I LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519687286 | + | Email/Text: bncmail@w-legal.com | Sep 01 2022 20:58:00 | Care Point Health Physicians GHSA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 519689720 | + | Email/Text: bankruptcy@cavps.com | Sep 01 2022 20:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519687287 | + | Email/Text: EBN@edfinancial.com | Sep 01 2022 20:58:00 | Edfin/Esa, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 519687290 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2022 20:58:00 | IRS, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114 |
| 519687291 | + | Email/Text: BKRMailOPS@weltman.com | Sep 01 2022 20:58:00 | Jared, 375 Ghent Road, Akron, OH 44333-4601 |
| 519687292 | ^ | MEBN | Sep 01 2022 20:56:14 | KML Law Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519687300 | | Email/Text: clientsupport@lead.bank | Sep 01 2022 20:58:00 | Self Financial/Lead Ba, 1801 Main St, Kansas |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 519687294 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2022 21:07:13 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519687296 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 01 2022 21:07:41 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519687298 | + | Email/Text: bkdepartment@rtresolutions.com | Sep 01 2022 20:58:00 | Real Time Resolutions, 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029 |
| 519687299 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 01 2022 20:58:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519687303 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 01 2022 21:07:13 | T-Mobile USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519687289 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 519687288 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Sean Lewis fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4