Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
---------------------------------X
                                              **Chapter 13**
In re:

Sean Lewis,
                                              Case No. 22-16619-VFP
Debtor                                        Return Date: 10/6/22
                                              Time: 10:00 a.m.

---------------------------------X

**ATTORNEY'S CERTIFICATION ENCLOSING BROKER'S PRICE OPINION**

    I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

    1.   I make this certification in support of the debtor's motion for bankruptcy court authorization to sell his condo located at 111 Mallory Avenue, Jersey City, NJ 07305.

    2.   The debtor has obtained a buyer for his property for a sale price of $110,000.  This is an "arms length" transaction. Approximately $73,000 is owed on the mortgage on this property and the entire net proceeds from the sale are to be turned over to the Chapter 13 bankruptcy trustee.

    3.   The debtor has provided me with the attached real estate broker's opinion as to the present value with a proper listing price to be between $100,000 and $120,000 thereby rendering a

sale price in the amount of $110,000 to be fair and reasonable. This document is dated September 12, 2022.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 16, 2022

_____
Nicholas Fitzgerald
Debtor's Counsel

**Exhibit A -- Copy of Real Estate Broker's Price Opinion**

# Pinnacle Real Estate Group LLC

401 West Side Ave
Jersey City NJ 07305
Phone : 201-434-1444
Fax : 201-434-7444
EM : pinnaclerealestategroupllc@gmail.com

Mr. Sean Lewis

111 Mallory Ave

Jersey City, N.J 07305

09/12/2022

Dear Mr. Sean Lewis,

      Thank you for the opportunity of providing you with this Comparable Market Analysis for your property. The other properties included in this analysis represent those that most closely match the features of your property and that are currently on the market or are under contract or have been sold; this information is provided primarily through the Garden State Multiple Listing Service. (Please be aware that this analysis is not an appraisal and should not be regarded as equivalent to an appraisal).

Based on the stats that have been generated your listing market price is around $135,000 - $150,000 (As Is) depending on the condition of the Property. If the property is completely renovated the property will have a value of $150,000 but after looking at the property I will suggest a list price of $100,00 to $120,000.

4 factors for price considerations.

1. The condition of the property needs to be upgraded.
2. The lack in maintenance of the building and the hallways have a negative impact on your pricing.
3. The comparable's properties on the market are all 1 bedroom bigger units as yours is a smaller studio.

4. Rise in interest rates have backed some people off of house purchases at the moment.

I look forward to working with you as your real estate professional. Please do not hesitate to contact me if you have any questions or require further information.

Sincerely,

THANK YOU

Davielier Turner
Hudson MLS #2728
GSMLS # 254935
Pinnacle Real Estate Group
401 West Side Ave
Jersey City, NJ 07305
Office: 201-434-1444
Cell: 201-892-8007
Fax: 973-679-1811

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MLS # | 210014398 | St: S | | Class | CC | | LP: $155,000 |
| Address | 1870 KENNEDY BLVD | | | Unit # | 1D | | SP: $140,000 (circled) — Sales Price |
| City | JC, Greenville | | | County | Hudson | | |
| Section | | | | Contract Date | 11/26/2021 | | |
| Type | Condominium | | | Closing Date | 4/14/2022 | | |
| Between | Van Nostrand & Stevens Ave | | | DOM | 165 | | |
| Lead Paint Form: | Yes | | | How Sold | Conventional | | |
| Block | Lot | | | Qualifier | | | Zip 07305 |
| Annual Expenses / Year | | | | | | | |
| Est. Taxes | $4,404 | 2020 | | Floor Number | 1 | Pets | N |
| Monthly Fee | $237 | | | Approx Sq Ft | 580 | Bank Owned Y/N: | |
| Complex Name | | | | Short Sale Y/N | | | |
| Management Co. | | | | Management Contact | | | |

Virtual Tour

| | # OF | KT: | LR: | DR: | BR: | FBth: | HBth: | OTH: |
|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | |
| 1st Level | | 1 | | | 1 | 1 | | |
| 2nd Level | | | | | | | | |
| 3rd Level/Other | | | | | | | | |
| Totals: | | 1 | 0 | 0 | 1 | 1 | 0 | 0 |

Assessed Value         Year

### FEATURES

| | | |
|---|---|---|
| COMMON AMENITIES | Elevator | |
| BUILDING STYLE | Brownstone | |
| SHOWING | Other See Remarks | |
| PARKING AVAILABLE | None | |
| HEATING/COOLING | Baseboard | |
| APPLIANCES INCLUDED | Dishwasher, Oven/Range Gas | |
| EXTERIOR FINISH | Block, Brick | |
| MISCELLANEOUS | Near Train, Near Shopping, Near Bus, Near Parks, Near Schools, Near Path | |
| MAINTENANCE FEE INCLUDES | None | |

### REMARKS TO COOPERATING BROKER

Text Krystle at 201-328-4220 for all showing information 24-48 hour appointment window requested to show property

### ADVERTISING REMARKS

Opportunity knocks on this one bedroom unit that is priced to sell, features ,hardwood floors,stainless steel appliances, center island in kitchen, being sold as is , buyer responsible for certificate to close

| Exclusions owners personal property | Inclusions as per agreed |
|---|---|

Owner Name         Owner Phone         Agency         Dual Var Rate N         Listing Date 6/14/2021
Owner Address                                                                    Expiration Date 12/17/2021

LO: 5883  OPTION 1 REALTY GROUP - OFC: 973-623-1001         Office REC License # 1328475
LSP: KHADIJAH J CAESAR                                      LSP REC License # 1005924
CLSP:                                                       CLSP REC License #
SAC: 0         BAC: 2.5% -200         TBC: 3.5% +200
S.O. DEVINE REAL ESTATE LLC
S.A. TINA M DEVINE                                          Co Selling Agent
Buyer Name Rohan and Mitesh Jain         Seller Name AIME
Prepared By: DAVIELIER TURNER
This information is deemed reliable, but not guaranteed. Copyright 2022 by Realty Multiple Listing System, Inc.

09/15/2022 08:53 AM

| | | |
|---|---|---|
| MLS # 220007548  St: S | Class CC | LP: $154,900 |
| Address 1677 KENNEDY BLVD | Unit # 4 | SP: $154,900  Sale's Price |
| City JC, Greenville | County Hudson | |
| Section Greenville | Contract Date 5/10/2022 | |
| Type Condominium | Closing Date 5/26/2022 | |
| Between Greenville & Lembeck | DOM 11 | |
| Lead Paint Form: Yes | How Sold Cash | |
| Block 28507   Lot 9 | Qualifier C0004 | Zip 07305 |
| Annual Expenses / Year | | |
| Est. Taxes $2,040   2021 | Floor Number 2 | Pets No |
| Monthly Fee $295 | Approx Sq Ft 597 | Bank Owned Y/N: No |
| Complex Name Hudson Terrace | Short Sale Y/N: No | |
| Management Co. Hudson Terrace Condo. Association | Management Contact hterrace1@gmail |

Virtual Tour

| # OF | KT: | LR: | DR: | BR: | FBth: | HBth: | OTH: |
|---|---|---|---|---|---|---|---|
| Basement | | | | | | | |
| 1st Level | 1 | 1 | | 1 | 1 | | |
| 2nd Level | | | | | | | |
| 3rd Level/Other | | | | | | | |
| Totals: | 1 | 1 | 0 | 1 | 1 | 0 | 0 |

Assessed Value $127,200    Year 2022    Request Showing

### FEATURES

| | | | |
|---|---|---|---|
| COMMON AMENITIES | Elevator, Storage, Wash/Dry Room | PARKING AVAILABLE  1 Car | EXTERIOR FINISH  Brick |
| AMENITIES INCLUDE | Hardwood Floor | HEATING/COOLING  A/C Wall, Gas | MISCELLANEOUS  Near Shopping, Near Bus, Near Parks, Near Schools Parking |
| BUILDING STYLE | Multi-Level | APPLIANCES INCLUDED  Dishwasher, Refrigerator, Oven/Range Gas | MAINTENANCE FEE INCLUDES |
| SHOWING | Other See Remarks | | |

### REMARKS TO COOPERATING BROKER
Lockbox is on side of building on fence by parking lot. Unit is vacant and showings scheduled through listing agent (call for code) or use showingtime. Move-in/move-out fee of $250 payable to association when scheduling for elevator to be reserved for an allotted period of time.

### MARKETING REMARKS
Great starter condo in elevator building on JFK in Greenville. Unit is freshly painted with new dishwasher and oven. One assigned parking spot in secure gated lot with direct access to building. Parquet floor in kitchen and hallway. 2 blocks from Danforth, close to JCU & iconic Laico's Italian restaurant. Waiting for your finishing touches to make this home your own!

Exclusions Owner's Personal Possessions          Inclusions Appliances

Owner Name Joseph Gallagher    Owner Phone                                Listing Date 4/29/2022
Owner Address                         Agency        Dual Var Rate N       Expiration Date 10/29/2022

LO. 6485  PREFERRED PROPERTIES OF NEW JERSEY INC - OFC: 732-224-9200    Office REC License #
LSP: CARL F CHESNA                                                       LSP REC License # 0122280
CLSP:                                                                    CLSP REC License #
SAC. 0           BAC: 2.5-$250        TBC: 2.5-$250
S.O. LIBERTY REALTY LLC
S.A. ANTHONY SANTULLI                          Co Selling Agent
Buyer Name Nashed F. Nashed         Seller Name Joseph Gallagher
Prepared By: DAVIELIER TURNER
This information is deemed reliable, but not guaranteed. Copyright 2022 by Realty Multiple Listing System, Inc.

09/15/2022 08:54 AM



MLS # 220007438  St: S          Class CC            LP: $149,000
Address   144 OLD BERGEN RD      Unit # D4          SP: $160,000  sales price
City      JC, Greenville         County Hudson
Section   Greenville             Contract Date  5/16/2022
Type      Condominium            Closing Date   6/27/2022
Between   Winfield Ave & Bartholdi Ave            DOM  18
Lead Paint Form:   Yes           How Sold Conventional
Block 29303   Lot 3              Qualifier         Zip 07305
Annual Expenses / Year           /
Est. Taxes  $1,223               Floor Number 4    Pets  Y
Monthly Fee  $309                Approx Sq Ft 629  Bank Owned Y/N: No
Complex Name  Columbia Park      Short Sale Y/N: No
Management Co.                   Management Contact

| | # OF | KT: | LR: | DR: | BR: | FBth: | HBth: | OTH: |
|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | |
| 1st Level | | 1 | 1 | | 1 | 1 | | |
| 2nd Level | | | | | | | | |
| 3rd Level/Other | | | | | | | | |
| Totals: | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 |

Assessed Value           Year              Request Showing

| | | | |
|---|---|---|---|
| COMMON AMENITIES | Elevator, Wash/Dry Room | PARKING AVAILABLE  None | EXTERIOR FINISH  Brick |
| AMENITIES INCLUDE | Intercom, Hardwood Floor | HEATING/COOLING  A/C Window, Baseboard, Gas | MISCELLANEOUS  Near Train, Near Shopping, Near Bus, Near Parks, Near Schools |
| BUILDING STYLE | Multi-Level | APPLIANCES INCLUDED  Dishwasher, Refrigerator, Oven/Range Gas | MAINTENANCE FEE INCLUDES  Water |
| SHOWING | Other See Remarks | | |

REMARKS TO COOPERATING BROKER

Go and Show. Pls call ShowingTime 1800-746-9464. *MASKS MUST BE WORN AT ALL TIMES - NO EXCEPTIONS **Selling as is, see DOCS for Questions Buyers May Ask about this Condo. Dishwasher is in location, brand new but not connected. **Please contact tax assessor's office for Jersey City tax reval information. ***All offers submitted over the weekend will be presented to seller on Monday. ***Lockboxes are labeled DG - If there is an issue accessing the LB, MON-FRI 8-5PM CALL Regina @ 551-258-2711 do not call Erin over LB issues. If for some reason you cannot get in, PLEASE contact SUPRA directly: 877-699-6787

ADVERTISING REMARKS

Come see this sun-drenched 1 Bedroom/1 bath located in front of Columbia Park! Enter your living room boasting hardwood floors and large windows that look out unto beautiful treetops! Gorgeous, large, East facing windows in your bedroom allow plenty of natural light to pour in. Tackle laundry anyday with in-building washer/dryer. Take advantage of this great location near shopping, restaurants, and nightlife nearby. Don't miss out on this opportunity!

Exclusions                                              Inclusions

Owner Name           Owner Phone                                             Listing Date  4/28/2022
Owner Address                       Agency       Dual Var Rate  N            Expiration Date 10/29/2022
LO:  1653  KELLER WILLIAMS CITY LIFE JC REALTY - OFC: 201-433-1111           Office REC License # 1650524
LSP:  ERIN DOWNS                    CELL: 917-833-7322                       LSP REC License # 1433014
CLSP:                                                                        CLSP REC License #
SAC: --              BAC:  2%-$300             TBC:  2%-$300
S.O.  EXP REALTY LLC
S.A.  STEVEN BETANCURTH                                    Co Selling Agent
Buyer Name  Bannat                             Seller Name  Etzioni
Prepared By:  DAVIELIER TURNER
This information is deemed reliable, but not guaranteed. Copyright 2022 by Realty Multiple Listing System, Inc.

09/15/2022 08:54 AM



MLS # 220013169  St: UCON   Class CC   LP: $149,000
Address  1866 KENNEDY BLVD  Unit # 1C   SP: Under contract
City  JC, Greenville   County Hudson
Section    Contract Date  8/12/2022
Type Condominium   Closing Date
Between  Corner of Van Nostrand   DOM  24
Lead Paint Form:  Yes   How Sold
Block        Lot   Qualifier   Zip 07305
Annual Expenses / Year     /
Est. Taxes $1,429   2021   Floor Number 2ND   Pets: N
Monthly Fee  $216   Approx Sq Ft 548   Bank Owned Y/N No
Complex Name     Short Sale Y/N: No
Management Co.     Management Contact

Virtual Tour

| | # OF | KT: | LR: | DR: | BR: | FBth: | HBth: | OTH: |
|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | |
| 1st Level | | | | | | | | |
| 2nd Level | | 1 | 1 | 1 | 1 | 1 | | |
| 3rd Level/Other | | | | | | | | |
| Totals: | | 1 | 1 | 1 | 1 | 1 | 0 | 0 |

Assessed Value     Year          Schedule a Showing

**FEATURES**

| COMMON AMENITIES | Security, Wash/Dry Room | PARKING AVAILABLE | None | EXTERIOR FINISH | Brick |
|---|---|---|---|---|---|
| BUILDING STYLE | Multi-Level | HEATING/COOLING | A/C Window, Baseboard, Gas | MISCELLANEOUS | Near Shopping, Near Bus, Near Parks, Near Schools |
| SHOWING | Call listing office | APPLIANCES INCLUDED | Dishwasher, Refrigerator, Oven/Range Electric | MAINTENANCE FEE INCLUDES | Water |

**REMARKS TO COOPERATING BROKER**

Call 1-855-746-9448 to show. 24 hour notice required. Please send offers with pre-qual to Admin@petrakpropertygroup.com Questions can be sent via text to Michael@973-641-0027. Currently tenant occupied. Property can be delivered vacant. Common hallways have been newly carpeted and painted.

**ADVERTISING REMARKS**

Amazing opportunity to purchase this One bedroom condo in Jersey City. Open floor plan, high ceilings, kitchen with a dishwasher and plenty of cabinet space. Spacious bedroom with the ability to fit a large bed plus furniture. This apartment is on the 2nd floor. Laundry onsite. Very Low Taxes and HOA Fee. Centrally located with Bus to NYC at your doorstep.

Exclusions Personal property           Inclusions All Appliances

Owner Name       Owner Phone           Listing Date  7/19/2022
Owner Address         Agency   Dual Var Rate N   Expiration Date 1/19/2023
LO:  29B   LIBERTY REALTY LLC - Office: 201-222-2900     Office REC License # 9589955
LSP:  MICHAEL PETRAK        LSP REC License # 0345396
CLSP:           CLSP REC License #
SAC: 0      BAC: 2.5-$275    TBC: 2.5-$275
S.O.  REDFIN CORPORATION
S.A.  RAJOURN AVERY        Co Selling Agent
Buyer Name         Seller Name
Prepared By: DAVIELIER TURNER
This information is deemed reliable, but not guaranteed. Copyright 2022 by Realty Multiple Listing System, Inc.

09/15/2022 09:51 AM

| | | |
|---|---|---|
| MLS # 220015725 St: D | Class CC | LP $120,000 |
| Address 111 MALLORY AVE | Unit # 7A | SP: |
| City JC, West Bergen | County Hudson | |
| Section West Berge | Contract Date 9/1/2022 | |
| Type Condominium | Closing Date | |
| Between YALE & VIRGINIA | | DOM 0 |
| Lead Paint Form: Yes | How Sold | |
| Block 20702   Lot 354 | Qualifier | Zip 07304 |
| Annual Expenses / Year | / | |
| Est. Taxes $1,699   2022 | Floor Number 3 | Pets N |
| Monthly Fee $80 | Approx Sq Ft 354 | Bank Owned Y/N: No |
| Complex Name | Short Sale Y/N: No | |
| Management Co. | Management Contact | |

Virtual Tour

| | # OF | KT: | LR: | DR: | BR: | FBth: | HBth: | OTH. |
|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | |
| 1st Level | | 1 | | | 1 | 1 | | |
| 2nd Level | | | | | | | | |
| 3rd Level/Other | | | | | | | | |
| Totals: | | 1 | 0 | 0 | 1 | 1 | 0 | 0 |

Assessed Value          Year

FEATURES

| | | |
|---|---|---|
| BUILDING STYLE Brownstone | PARKING AVAILABLE None | EXTERIOR FINISH Brick |
| SHOWING Other See Remarks | HEATING/COOLING Baseboard | MISCELLANEOUS Near Shopping, Near Bus, Near Parks |
| | APPLIANCES INCLUDED Oven/Range Gas | |
| | | MAINTENANCE FEE INCLUDES Other See Remarks |

REMARKS TO COOPERATING BROKER

TENANT MONTH TO MONTH PAYING $700, WEEKEND SHOWINGS ONLY, SOLD AS IS, 24 HOURS NOTICE TO SHOW, SHOWING TIME SAT /SUN 10AM TIL 1PM

ADVERTISING REMARKS

COZY STUDIO, BETTER THAN RENTING, GREAT STARTER SPACE, GREAT LOCATION, OWN FOR LESS THAN PAYING RENT

Exclusions TENANTS PERSONNEL BEONGINGS          Inclusions

Owner Name SEAN LEWIS          Owner Phone                                    Listing Date 9/1/2022
Owner Address                              Agency          Dual Var Rate N     Expiration Date 12/30/2022
LO 6324 PINNACLE REAL ESTATE GROUP LLC - OFC: 201-434-1444          Office REC License # 1971844
LSP: DAVIELIER TURNER                                               LSP REC License # 0229172
CLSP:                                                               CLSP REC License #
SAC: 0          BAC: 2.5%-100          TBC: 2.5%-100
S.O. KELLER WILLIAMS CITY LIFE JC REALTY
S.A. AARON VISCO                                          Co Selling Agent
Buyer Name MICKEY HENNESSEY          Seller Name sean lewis
Prepared By: DAVIELIER TURNER
This information is deemed reliable, but not guaranteed. Copyright 2022 by Realty Multiple Listing System, Inc.

09/15/2022 09:05 AM