UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. (NF6129)
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Counsel for Debtor

In Re:

Sean Lewis

| | |
|---|---|
| Case No.: | 22-16619 |
| Chapter: | 13 |
| Hearing Date: | 10/20/22 |
| Judge: | Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Docket Entry No. 12 - Motion to Sell 111 Mallory Avenue, Apt 7 A, Jersey City, NJ 07304

Date: OCT. 14, 2022

Signature

*rev. 8/1/15*