Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22−16619−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sean Lewis
   160 Virginia Avenue, 2nd Floor
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−2509

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 24, 2022.

Dated: October 24, 2022
JAN: mcp

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sean Lewis  
    Debtor

Case No. 22-16619-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 24, 2022      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Lewis, 160 Virginia Avenue, 2nd Floor, Jersey City, NJ 07304-1419 |
| r | + | Davieler Turner, Pinnacle Real Estate Group, 401 Westside Avenue, Jersey City, NJ 07305-4954 |
| 519687282 | + | Accu Reference Med Labs, 1901 E. Linden Avenue, Suite 4, Linden, NJ 07036-1195 |
| 519687284 | + | Attorney General United States Department of, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 519687293 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519687295 | + | McKinley Court Condo Association, 111 Mallory Avenue, Jersey City, NJ 07304-1036 |
| 519687297 | + | Real Time Resolutions, PO Box 840923, Dallas, TX 75284-0923 |
| 519687301 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 519687302 | + | State of New Jersey, PO Box 445, Trenton, NJ 08603-0445 |
| 519687304 | + | US Bank Nat Assoc/Banc of America/Midfiirst /, KML Law Group, 701 Market Street, Philadelphia, PA 19106-1538 |
| 519687305 | + | US Bank Nat. Assoc/Banc of America, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519687283 | + | Email/PDF: bncnotices@becket-lee.com | Oct 24 2022 20:38:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519687285 | + | Email/Text: bankruptcy@cavps.com | Oct 24 2022 20:40:00 | Calvalry SPV I LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519687286 | + | Email/Text: bncmail@w-legal.com | Oct 24 2022 20:40:00 | Care Point Health Physicians GHSA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 519689720 | + | Email/Text: bankruptcy@cavps.com | Oct 24 2022 20:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519687287 | + | Email/Text: EBN@edfinancial.com | Oct 24 2022 20:39:00 | Edfin/Esa, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 519708665 | + | Email/Text: EBN@edfinancial.com | Oct 24 2022 20:39:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519687290 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2022 20:40:00 | IRS, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114 |
| 519687291 | + | Email/Text: BKRMailOPS@weltman.com | Oct 24 2022 20:40:00 | Jared, 375 Ghent Road, Akron, OH 44333-4601 |
| 519687292 | ^ | MEBN | | |

|  |  |  | |
|---|---|---|---|
|  |  | Oct 24 2022 20:33:31 | KML Law Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519687300 | Email/Text: clientsupport@lead.bank | Oct 24 2022 20:39:00 | Self Financial/Lead Ba, 1801 Main St, Kansas City, MO 64108 |
| 519687294 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2022 20:38:42 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519687296 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 24 2022 20:38:32 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519687298 | + Email/Text: bkdepartment@rtresolutions.com | Oct 24 2022 20:40:00 | Real Time Resolutions, 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029 |
| 519699278 | Email/Text: bkdepartment@rtresolutions.com | Oct 24 2022 20:40:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 519687299 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 24 2022 20:40:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519687303 | + Email/PDF: ebn_ais@aisinfo.com | Oct 24 2022 20:39:01 | T-Mobile USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519727036 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519687289 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 519687288 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519709062 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2022 | Form ID: plncf13 | Total Noticed: 29 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas Fitzgerald
    on behalf of Debtor Sean Lewis fitz2law@gmail.com

Steven Eisenberg
    on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7