UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:        Sean Lewis

Case No.: 22-16619
Chapter: 13
Judge: PAPALIA

## NOTICE OF PROPOSED PRIVATE SALE

_Sean Lewis_, _the Debtor_, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, United States Bankruptcy Court
M. L. King Jr. Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _Vicnent F. Papalia_ on _December 15, 2022_ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. _3-B_, _50 Walnut Street, Newark, NJ 07102_. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
Condo located at 111 Mallory Avenue, Apt 7 A
Jersey City, NJ 07304

Proposed Purchaser:
Shawn Mahmood

Sale price: $120,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Pinnacle Real Estate Group & dalia Noeman
Amount to be paid: $3,100.00 to Pinnacle Real Estate Group & $2,900.00 Dalia Noeman
Services rendered: Real estate broker's comissions - - 5%

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Nicholas Fitzgerald, Esq.

Address: 649 Newark Avenue, Jersey City, NJ 07306

Telephone No.: (201) 533-1100   Email: nickfitz.law@gmail.com

rev. 8/1/15