| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Nicholas Fitzgerald, Esq., /NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com | Case No.: | 22-16619 |
| | Chapter: | 13 |
| In Re:<br>Sean Lewis | Adv. No.: | |
| | Hearing Date: | 12/15/2022 |
| | Judge: | PAPALIA |

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ___Nicholas Fitzgerald, Esq.___, who represents ___Sean Lewis___ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___November 18, 2022___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Proposed Private Sale re: 111 Mallory Avenue, Apt 7 A, Jersey City, NJ 07304

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   November 18, 2022                              _____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mr. Sean Lewis<br>160 Virginia Avenue<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon Esquire<br>Attorney for Deutsche Bank<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven K. Eisenberg, Esquire<br>Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976<br>Attorneys for Real Time Resolutions, Inc. as agent for Bank of America | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**Accu Reference Med Labs**
1901 E. Linden Avenue, Suite 4
Linden, NJ 07036

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Attorney General United States Department of**
Ben Franklin Station
PO Box 683
Washington, DC 20044

**Calvalry SPV I LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Care Point Health Physicians GHSA**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
Seattle, WA 98121

**CarePoint Health - Physican GSHA**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

**Cavalry SPV I, LLC**
PO Box 4252
Greenwich, CT 06831

**Deutsche Bank National Trust Company, at. el**
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

**Edfin/Esa** (cr)
120 N Seven Oaks Dr
Knoxville, TN 37922

**Edfinancial on behalf of US Dept. of Education**
120 N Seven Oaks Drive
Knoxville, TN 37922

**Internal Revenue Service**
District Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**IRS**
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

**Jared**
375 Ghent Road
Akron, OH 44333

**KML Law Group**
701 Market St #5000
Philadelphia, PA 19106

**Liberty Savings FCU**
666 Newark Avenue
Jersey City, NJ 07306

**LVNV Funding**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**McKinley Court Condo Association**
111 Mallory Avenue
Jersey City, NJ 07305

Midland Mortgage
PO Box 268888
Oklahoma City, OK 73126

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Real Time Resolutions
1349 Empire Central Drive, Suite #150
Dallas, TX 75247

Real Time Resolutions
PO Box 840923
Dallas, TX 75284

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

Select Portfolio Servicing
PO Box 65450
Salt Lake City, UT 84105

Self Financial/Lead Ba
1801 Main St
Kansas City, MO 64108

State of New Jersey
PO Box 245
Trenton, NJ 08695

State of New Jersey
PO Box 445
Trenton, NJ 08646

T-Mobile USA
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

U.S. Bank National Association at. el
c/o MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

US Bank Nat Assoc/Banc of America/Midfiirst /
KML Law Group
701 Market Street
Philadelphia, PA 19106

US Bank Nat. Assoc/Banc of America
999 Northwest Grand Boulevard
Oklahoma City, OK 73118