Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
---------------------------------X
                                            Chapter 13
In re:
                                            Case No. 22-16619-VFP
    Sean Lewis
                                            Hearing Date: 12/15/22 @ 10:00 am.
    Debtor

---------------------------------X

**ATTORNEY'S RESPONSE TO TRUSTEE'S OBJECTION TO PROPOSED SALE OF REAL PROPERTY LOCATED AT 110 MALLORY AVENUE, APT. 7, JERSEY CITY, NJ 07304**

I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

1. I make this certification in response to the Chapter 13 trustee's objection to the debtor's motion to sell real property located at 110 Mallory Avenue, Apt. 7, Jersey city, NJ 07304 for a sale price of $120,000.

2. Each of the grounds for objection have been satisfied:

a) There is a valuation of the property annexed to the sale motion. See Exhibit C annexed to the sale motion.

b) A relator to sell the real property has already been retained. See Pacer Docket No. 17 for the application to retainer the broker and Packer No. 23 for the Order retaining the broker.

c) Since this is a 100% plan and since the property being

sold is not the debtor's residence but rather is an investment property, the proposed order states that the **entire** net proceeds of the sale are to be turned over to the trustee without an exemption to be paid to the debtor.

3. Accordingly, we hope that the trustee withdraws her objection to the debtor's sale motion.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 21, 2022

_____
Nicholas Fitzgerald
Debtor's Counsel