UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. (NF6129)
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Counsel for Debtor

In Re:
Sean Lewis

Case No.: 22-16619
Chapter: 13
Hearing Date: 12/15/2022
Judge: Vincent F Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion to Sell 111 Mallory Avenue Apt 7A Jersey City, NJ

Date: Dec. 8, 2022

Signature

rev.8/1/15