UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
Telephone: (201) 533-1100
Counsel for Debtor

Order Filed on December 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sean Lewis

Case No.: 22-16619-VFP

Chapter: 13

Judge: V.F.Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2022**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates_____, the applicant, is allowed a fee of $ ___988.00___ for services rendered and expenses in the amount of $ ___Zero___ for a total of $ ___988.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ___1,708.00___ per month for ___56___ months to allow for payment of the above fee.

*rev.8/1/15*