UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By:  Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
Telephone: (201) 533-1100
Counsel for Debtor

Order Filed on December 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sean Lewis

Case No.:   22-16619-VFP

Chapter:    13

Judge:      V.F.Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2022**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates_____, the applicant, is allowed a fee of $____988.00____ for services rendered and expenses in the amount of $____Zero____ for a total of $____988.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,708.00____ per month for ____56____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16619-VFP |
| Sean Lewis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sean Lewis, 160 Virginia Avenue, 2nd Floor, Jersey City, NJ 07304-1419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Nicholas Fitzgerald | |
| | on behalf of Debtor Sean Lewis fitz2law@gmail.com |
| Steven Eisenberg | |
| | on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 19, 2022 | Form ID: pdf903 | Total Noticed: 1

Steven P. Kelly
    on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7