FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  SEAN LEWIS                                      Atty:  FITZGERALD & ASSOCIATES PC
160 VIRGINIA AVENUE, 2ND FLOOR              649 NEWARK AVE
JERSEY CITY,  NJ  07304                             JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-16619

## RECEIPTS AS OF 01/13/2023                                                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/13/2022 | $1,688.00 | 9105700765 | 10/24/2022 | $1,700.00 | 9106047825 |
| 12/05/2022 | $1,700.00 | 9106025614 | | | |

**Total Receipts: $5,088.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,088.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023              (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| REALTIME RESOLUTIONS INC | 01/09/2023 | $129.12 | 904,346 | | | |
| US BANK NATIONAL ASSOCIATION | 01/09/2023 | $474.77 | 903,436 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 246.08 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,238.00 | 100.00% | 4,238.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCU REFERENCE MED LABS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,337.33 | 100.00% | 0.00 | 1,337.33 |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 4,371.70 | 100.00% | 0.00 | 4,371.70 |
| 0005 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 67.00 | 100.00% | 0.00 | 67.00 |
| 0006 | US DEPARTMENT OF EDUCATION | UNSECURED | 4,031.78 | 100.00% | 0.00 | 4,031.78 |
| 0009 | UNITED STATES TREASURY/IRS | PRIORITY | 3,840.72 | 100.00% | 0.00 | 3,840.72 |
| 0010 | JARED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 314.05 | 100.00% | 0.00 | 314.05 |
| 0013 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | MCKINLEY COURT CONDO ASSOCIATION | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | REALTIME RESOLUTIONS INC | MORTGAGE ARR | 13,782.30 | 100.00% | 129.12 | 13,653.18 |
| 0018 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 3.09 | 100.00% | 0.00 | 3.09 |
| 0019 | SELF FINANCIAL/LEAD BA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-16619**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0020 | STATE OF NJ | PRIORITY | 3,126.86 | 100.00% | 0.00 | 3,126.86 |
| 0022 | T-MOBILE USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 50,184.71 | 100.00% | 474.77 | 49,709.94 |
| 0027 | T-MOBILE USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 1,443.93 | 100.00% | 0.00 | 1,443.93 |
| 0029 | LVNV FUNDING LLC | UNSECURED | 366.76 | 100.00% | 0.00 | 366.76 |
| 0030 | QUANTUM3 GROUP LLC | UNSECURED | 8,045.53 | 100.00% | 0.00 | 8,045.53 |

**Total Paid: $5,087.97**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $5,088.00    -    Paid to Claims: $603.89    -    Admin Costs Paid: $4,484.08    =    Funds on Hand: $0.03

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.