| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5<br><br>In Re:<br>　Sean Lewis<br>　　　　　Debtor | Case No.:　　22-16619 VFP<br><br>Chapter:　　13<br><br>Hearing Date: August 17, 2023<br><br>Judge:　　Vincent F. Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

■ Settled   ☐ Withdrawn

Matter: Motion for Relief from Stay re: 111 Mallory Avenue, Jersey City, NJ 07305.

Date: August 14, 2023

/s/ Denise Carlon
Signature

*rev. 8/1/15*