FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:   SEAN LEWIS  
160 VIRGINIA AVENUE, 2ND FLOOR  
JERSEY CITY,  NJ  07304

Atty:   FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 22-16619

### RECEIPTS AS OF 01/01/2024         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/13/2022 | $1,688.00 | 9105700765 | 10/24/2022 | $1,700.00 | 9106047825 |
| 12/05/2022 | $1,700.00 | 9106025614 | 01/19/2023 | $1,706.00 | 9106017957 |
| 02/22/2023 | $1,710.00 | 9106199937 | 03/14/2023 | $2,000.00 | 9106200362 |
| 05/02/2023 | $3,000.00 | 9106200470 | 07/07/2023 | $1,708.00 | 9106292791 |
| 08/04/2023 | $1,708.00 | 9106292839 | 08/18/2023 | $1,750.00 | |
| 08/22/2023 | $1,750.00 | | 11/16/2023 | $1,710.00 | |
| 12/11/2023 | $2,000.00 | | | | |

**Total Receipts: $24,130.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $24,130.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| REALTIME RESOLUTIONS INC | | | | | | |
| | 01/09/2023 | $129.12 | 904,346 | 02/13/2023 | $347.37 | 905,889 |
| | 03/13/2023 | $348.18 | 907,492 | 04/17/2023 | $407.23 | 909,105 |
| | 06/12/2023 | $604.38 | 912,155 | 08/14/2023 | $344.09 | 915,173 |
| | 09/18/2023 | $1,038.82 | 916,685 | 12/11/2023 | $335.62 | 920,985 |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 09/18/2023 | $48.17 | 915,695 | 12/11/2023 | $15.56 | 920,079 |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 01/09/2023 | $474.77 | 903,436 | 02/13/2023 | $1,264.73 | 904,940 |
| | 03/13/2023 | $1,267.68 | 906,570 | 04/17/2023 | $1,482.68 | 908,125 |
| | 06/12/2023 | $2,200.49 | 911,242 | 08/14/2023 | $1,252.80 | 914,295 |
| | 09/18/2023 | $3,782.25 | 915,782 | 12/11/2023 | $1,221.96 | 920,154 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,645.30 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,159.00 | 100.00% | 5,159.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-16619**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | ACCU REFERENCE MED LABS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,337.33 | 100.00% | 0.00 | 1,337.33 |
| 0004 | CAVALRY SPV I LLC | UNSECURED | 4,371.70 | 100.00% | 0.00 | 4,371.70 |
| 0005 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 67.00 | 100.00% | 0.00 | 67.00 |
| 0006 | US DEPARTMENT OF EDUCATION | UNSECURED | 4,031.78 | 100.00% | 0.00 | 4,031.78 |
| 0009 | UNITED STATES TREASURY/IRS | PRIORITY | 3,840.72 | 100.00% | 0.00 | 3,840.72 |
| 0010 | JARED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 314.05 | 100.00% | 0.00 | 314.05 |
| 0013 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | MCKINLEY COURT CONDO ASSOCIATION | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | REALTIME RESOLUTIONS INC | MORTGAGE ARR | 13,782.30 | 100.00% | 3,750.86 | 10,031.44 |
| 0018 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 3.09 | 100.00% | 0.00 | 3.09 |
| 0019 | SELF FINANCIAL/LEAD BA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | STATE OF NJ | PRIORITY | 3,126.86 | 100.00% | 0.00 | 3,126.86 |
| 0022 | T-MOBILE USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARR | 50,184.71 | 100.00% | 13,661.17 | 36,523.54 |
| 0027 | T-MOBILE USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 1,443.93 | 100.00% | 0.00 | 1,443.93 |
| 0029 | LVNV FUNDING LLC | UNSECURED | 366.76 | 100.00% | 0.00 | 366.76 |
| 0030 | QUANTUM3 GROUP LLC | UNSECURED | 8,045.53 | 100.00% | 0.00 | 8,045.53 |
| 0031 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 538.00 | 100.00% | 72.82 | 465.18 |

**Total Paid: $24,289.15**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $24,130.00    -    Paid to Claims: $17,484.85    -    Admin Costs Paid: $6,804.30    =    Funds on Hand: $1,840.85

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.