| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Nicholas Fitzgerald, Esq.,/NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>PH: (201) 533-1100<br>Email: nickfitz.law@gmail.com | Case No.: 22-16619<br>Chapter: 13 |
| In Re:<br>Sean Lewis | Adv. No.:<br>Hearing Date:<br>Judge: PAPALIA |

## CERTIFICATION OF SERVICE

1. I, **Nadia Loftin**:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Nicholas Fitzgerald, Esq.**, who represents **Sean Lewis** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **February 26, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Amendment to Schedules I and J

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 26, 2024                              _____
                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean Lewis<br>160 Virginia Avenue, 2nd Floor<br>Jersey City, NJ 07304 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |