UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH: (201) 533-1100
Email: nickfitz.law@gmail.com

In Re:

Sean Lewis

Case No.: _____ 22-16619 _____

Chapter: _____ 13 _____

Adv. No.: _____

Hearing Date: _____

Judge: _____ PAPALIA _____

### CERTIFICATION OF SERVICE

1. I, _____ Nadia Loftin _____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____ Nicholas Fitzgerald, Esq. _____, who represents
   _____ Sean Lewis _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ February 26, 2024 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Modified Chapter 13 Plan - - After Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____ February 26, 2024 _____          _____
                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean Lewis<br>160 Virginia Avenue, 2nd Floor<br>Jersey City, NJ 07304 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

## FITZGERALD & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
**649 NEWARK AVENUE**
**JERSEY CITY, NJ 07306**

------------------------------------

**TELEPHONE (201) 533-1100**
**FAX (201) 533-1111**
nickfitz.law@gmail.com

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
New York, NY 10175
1800 828 7763

22-**16619**-**VFP** Sean Lewis
# Creditors

**Accu Reference Med Labs**
1901 E. Linden Avenue
Suite 4
Linden, NJ 07036

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Attorney General United States Department of**
Ben Franklin Station
PO Box 683
Washington, DC 20044

**Calvalry SPV I LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Care Point Health Physicians GHSA**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
Seattle, WA 98121

**CarePoint Health - Physican GSHA**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

**Cavalry SPV I, LLC**
PO Box 4252
Greenwich, CT 06831

**Deutsche Bank National Trust Company**
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004

**Deutsche Bank National Trust Company, at. el**
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

**Edfin/Esa**
120 N Seven Oaks Dr
Knoxville, TN 37922

**Edfinancial on behalf of US Dept. of Education**
120 N Seven Oaks Drive
Knoxville, TN 37922

**Internal Revenue Service**
District Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**IRS**
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

**Jared**
375 Ghent Road
Akron, OH 44333

**KML Law Group**
701 Market St #5000
Philadelphia, PA 19106

**Liberty Savings FCU**
666 Newark Avenue
Jersey City, NJ 07306

**LVNV Funding**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**McKinley Court Condo Association**
111 Mallory Avenue
Jersey City, NJ 07305

**Midland Mortgage**
PO Box 268888
Oklahoma City, OK 73126

**Quantum3 Group LLC as agent for**
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

**Real Time Resolutions**
PO Box 840923
Dallas, TX 75284

**Real Time Resolutions**
1349 Empire Central Drive, Suite #150
Dallas, TX 75247

**Real Time Resolutions, Inc.**
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

**Select Portfolio Servicing**
PO Box 65450
Salt Lake City, UT 84105

**Self Financial/Lead Ba**
1801 Main St
Kansas City, MO 64108

**State of New Jersey**
PO Box 245
Trenton, NJ 08695

**State of New Jersey**
PO Box 445
Trenton, NJ 08646

**T-Mobile USA**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**U.S. Bank National Association at. el**
c/o MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

**US Bank Nat Assoc/Banc of America/Midfiirst /**
KML Law Group
701 Market Street
Philadelphia, PA 19106

**US Bank Nat. Assoc/Banc of America**
999 Northwest Grand Boulevard
Oklahoma City, OK 73118