| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Nicholas Fitzgerald, Esq. NF6129<br>Fitzgerald & Associates, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Telephone (201) 533-1100<br>Counsel for Debtor<br><br>In Re:<br>Sean Lewis | Case No.: 22-16619<br>Chapter: 13<br>Hearing Date: March 7, 2024<br>Judge: Vincent F Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Docket Entry No 62 Motion for Bankruptcy Court Authorization to Permit the Debtor's Application for Financial Assistance from the ERMA/HAF Program

Date: Feb. 29, 2024

Signature: [signed]

*rev. 8/1/15*