**Page 1**
Nicholas Fitzgerald Esq. -- NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtor

Order Filed on March 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D. N.J. LBR 9004-1**
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
------------------------------------X
In Re:                                  Case No: 22-16619-VFP
    Sean Lewis

                           CHAPTER 13

                   Hon. Vincent F. Papalia, Judge
                           U.S.B.J.

    Debtor
------------------------------------X

**ORDER AUTHORIZING THE DEBTOR TO RECEIVE NJ ERMA ASSISTANCE IN MAKING PAYMENTS ON THE DEBTOR'S MORTGAGE**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 8, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Sean Lewis
Case No.: 22-16619-VFP
Caption: ORDER AUTHORIZING THE DEBTOR TO RECEIVE NJ ERMA ASSISTANCE IN MAKING PAYMENTS ON THE DEBTOR'S MORTGAGE

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order to obtain Bankruptcy Court authorization for the debtor to receive NJ ERMA financial assistance in regards to his mortgage payments; and good and sufficient cause having been found for the entry of this order;

It is

**ORDERED,** that the assistance offered by New Jersey's Emergency Rescue Mortgage Assistance (NJ ERMA) program as detailed in the letter attached to this Order as an exhibit, be and hereby is authorized and approved.

Case 22-16619-VFP    Doc 77    Filed 03/13/24    Entered 03/14/24 00:15:11    Desc Imaged
Certificate of Notice    Page 3 of 6

Exhibit -- Copy of NJHMFA Housing & Mortgage Finance Agency Letter Dated Feb. 6, 2024



**HOUSING & MORTGAGE FINANCE AGENCY**

Jacquelyn A. Suárez | Chair • Melanie R. Walter | Executive Director

Dear Sean Lewis,

Congratulations! You have been approved to receive NJ ERMA assistance!

My name is Dakota Wabrurton, and I have been assigned as the closing specialist on your ERMA application. I will be working with you to complete the closing process and get your assistance loan funded. You can reach me by phone at (609) 278-8828 or via email at dwarburton@njhmfa.gov.

Your closing file has been assigned to The Titleists and their contact number is (973) 882-8383. They will provide closing services and execute the loan documents.

You have been approved for the following assistance.

ERMA Mortgage Reinstatement Award – $48,021.11

ERMA Monthly Payment Assistance Award – $0.00

ERMA Property Charge Default Resolution Award – $0.00

**Total ERMA Award – $48,021.11**

Attached please find a Truth in Lending Disclosure and Duplication of Benefits form. If you accept the pre-approval, please be advised the 3-year loan is a 0% interest rate, non-amortizing (no monthly payments), forgivable, subordinate 3-year loan. The loan will be non-recourse, secured and recorded, and take a junior lien position on the home. All or a portion of the unforgiven loan funds will be due and payable from the net equity proceeds upon sale or transfer or refinance of the property (except for refinances for a lower rate and/or shorter term) or if the borrower ceases to a occupy the property as their primary residence prior to the end of the third year. If the property is sold and does not generate sufficient proceeds to repay all or a portion of the loan, the portion of the loan remaining unpaid after the proceeds are applied will be forgiven.

If you have any questions about the assistance or the process, please reach out to me directly. I look forward to assisting you, and again congratulations on getting the help you needed.

Sincerely,

Dakota Wabrurton
(609) 278-8828
NJ ERMA Closing Specialist

637 South Clinton Avenue | P.O. Box 18550 | Trenton, NJ 08650-2085 | 609 • 278 • 7400 | njhousing.gov

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 22-16619-VFP
Sean Lewis                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                 User: admin                            Page 1 of 2
Date Rcvd: Mar 11, 2024              Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sean Lewis, 160 Virginia Avenue, 2nd Floor, Jersey City, NJ 07304-1419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024                       Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2006-H dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Sean Lewis fitz2law@gmail.com nadiafinancial@gmail.com |

Sindi Mncina
    on behalf of Creditor Deutsche Bank National Trust Company smncina@raslg.com

Steven Eisenberg
    on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9