| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Nicholas Fitzgerald, Esq.,/NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>PH (201) 533-1100<br>Email: NickFitz.Law@gmail.com<br>Attorney for Debtor |

| In Re:<br>Sean Lewis | Case No.: 22-16619 |
|---|---|
| | Chapter: 13 |
| | Hearing Date: May 16, 2024 |
| | Judge: PAPALIA |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion to Modify Claims of MidFirst Bank - - Court Docket No. 66

Date: May 13, 2024

Signature

*rev.8/1/15*