Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−16619−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sean Lewis
   160 Virginia Avenue, 2nd Floor
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−2509

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 16, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sean Lewis  
    Debtor

Case No. 22-16619-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 16, 2024      Form ID: 148      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Lewis, 160 Virginia Avenue, 2nd Floor, Jersey City, NJ 07304-1419 |
| r | + | Davieler Turner, Pinnacle Real Estate Group, 401 Westside Avenue, Jersey City, NJ 07305-4954 |
| 519687282 | + | Accu Reference Med Labs, 1901 E. Linden Avenue, Suite 4, Linden, NJ 07036-9997 |
| 519687284 | + | Attorney General United States Department of, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 519687293 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519687295 | + | McKinley Court Condo Association, 111 Mallory Avenue, Jersey City, NJ 07304-1036 |
| 519687297 | + | Real Time Resolutions, PO Box 840923, Dallas, TX 75284-0923 |
| 519687302 | + | State of New Jersey, PO Box 445, Trenton, NJ 08603-0445 |
| 519687304 | + | US Bank Nat Assoc/Banc of America/Midfiirst /, KML Law Group, 701 Market Street, Philadelphia, PA 19106-1538 |
| 519687305 | + | US Bank Nat. Assoc/Banc of America, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 16 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 16 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519687283 | + | Email/PDF: bncnotices@becket-lee.com | Aug 16 2024 21:05:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519687285 | + | Email/Text: bankruptcy@cavps.com | Aug 16 2024 20:44:00 | Calvalry SPV I LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519687286 | + | Email/Text: bncmail@w-legal.com | Aug 16 2024 20:44:00 | Care Point Health Physicians GHSA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 519750015 | + | Email/Text: bncmail@w-legal.com | Aug 16 2024 20:44:00 | CarePoint Health - Physican GSHA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 519689720 | + | Email/Text: bankruptcy@cavps.com | Aug 16 2024 20:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520097097 | + | Email/Text: RASEBN@raslg.com | Aug 16 2024 20:43:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519750262 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 16 2024 20:44:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519687287 | + | Email/Text: EBN@edfinancial.com | Aug 16 2024 20:43:00 | Edfin/Esa, 120 N Seven Oaks Dr, Knoxville, TN |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 37922-2359 |
| 519708665 | + | Email/Text: EBN@edfinancial.com | Aug 16 2024 20:43:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519687290 | | EDI: IRS.COM | Aug 17 2024 00:33:00 | IRS, Centralized Insolvency Operation, PO Box 21126, Philadelphia, PA 19114 |
| 519687291 | + | Email/Text: BKRMailOPS@weltman.com | Aug 16 2024 20:43:00 | Jared, 375 Ghent Road, Akron, OH 44333-4601 |
| 519687292 | ^ | MEBN | Aug 16 2024 20:44:06 | KML Law Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519687294 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2024 20:53:20 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519687293 | ^ | MEBN | Aug 16 2024 20:41:08 | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519687296 | + | EDI: AISMIDFIRST | Aug 17 2024 00:33:00 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519744029 | | EDI: Q3G.COM | Aug 17 2024 00:33:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519687298 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 16 2024 20:44:00 | Real Time Resolutions, 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029 |
| 519699278 | | Email/Text: bkdepartment@rtresolutions.com | Aug 16 2024 20:44:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 519687300 | | Email/Text: bankruptcy@self.inc | Aug 16 2024 20:43:00 | Self Financial/Lead Ba, 1801 Main St, Kansas City, MO 64108 |
| 519687301 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 16 2024 20:43:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 519687299 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 16 2024 20:44:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519687303 | + | EDI: AIS.COM | Aug 17 2024 00:34:00 | T-Mobile USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519750253 | + | EDI: AISMIDFIRST | Aug 17 2024 00:33:00 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519727036 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519687289 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 519687288 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519709062 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 16, 2024 | Form ID: 148 | Total Noticed: 34 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2006-H dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Sean Lewis fitz2law@gmail.com nadiafinancial@gmail.com |
| Sindi Mncina | on behalf of Creditor Deutsche Bank National Trust Company smncina@raslg.com |
| Steven Eisenberg | on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Real Time Resolutions Inc., as agent for Bank of America, N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10